# WARRANT OF ARREST

| **United States District Court** | DISTRICT: WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Larry D. Williamson, Jr.<br><br>Defendant. | DOCKET NO.:  <br>MAGISTRATE JUDGE CASE NO.: 24-mj-15<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Larry D. Williamson, Jr.<br>Dane County Jail<br>115 W Doty Street<br>Madison, WI 53703 |

Warrant Issued on the Basis of:

☐ Indictment   ☐ Order of Court   ☐ Information   ☑ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession with Intent to Distribute 400 Grams or more of Fentanyl

IN VIOLATION OF TITLE:   21 U.S.C. Section(s) Section 841(a)(1) & 18 U.S.C. Section 2

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge *[signature]* | Date Order: 2/13/2024 |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |